

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00443-CR

Kristen E. **MEWS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2856
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed:  August 12, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish